### 696.  WILLIAMS *v.* WOLFF.

HILL, C. J.  It was error to permit the testimony of a witness, given in a previous trial of the same case, to be introduced in evidence without preliminary proof that the witness was "deceased, or disqualified, or inaccessible;" and for this reason the certiorari was properly sustained. Civil Code, § 5186.                    *Judgment affirmed.*

Certiorari, from Richmond superior court—Judge Hammond. June 25, 1907.

Submitted November 26, 1907.—Decided February 24, 1908.

*Isaac S. Peebles Jr.,* for plaintiff.

*Samuel H. Myers, Wallace B. Pierce,* for defendant.